UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-22655-CIV-ZLOCH

JORGE LORENZO CUETO,

    Petitioner,

vs.                            **ORDER STAYING ACTION**

WALTER A. McNEIL.

    Respondent.
_____/

    THIS MATTER is before the Court upon the Report and Recommendation (DE 42) filed herein by United States Magistrate Judge Robin S. Rosenbaum. No ojection to said Report has been filed. The Court has conducted a <u>de novo</u> review of the entire record herein and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Report and Recommendation (DE 42) filed herein by United States Magistrate Judge Robin S. Rosenbaum be and the same is hereby approved, adopted and ratified by the Court;

    2. Petitioner Jorge Cueto's Motion To Stay Proceedings (DE Nos. 19 & 24) be and the same is hereby **GRANTED**;

    3. Petitioner Jorge Cueto's Motion To Amend his Petition (DE Nos. 19 & 24) be and the same is hereby **STAYED**;

    4. The Clerk of the United States District Court for the Southern District of Florida is hereby **DIRECTED** to mark the above-styled action closed for statistical purposes;

5.  The Parties are hereby **DIRECTED** to file a joint monthly notice on the last business day of each month notifying this Court of the status of the state court proceedings, until further Order of the Court; and

6.  This Order shall not prejudice the rights of either party to this litigation.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    30th    day of March, 2010.

                        WILLIAM J. ZLOCH
                        United States District Judge

Copies furnished:

The Honorable Robin S. Rosenbaum
United States Magistrate Judge

All Counsel of Record